UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32335 |
|---|---|
| DANIEL W. GIROD | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100144**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 161 | ORTHOPEDIC ASSOC OF SHELBY CO<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 59.80 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/23/2011

Certificate of Service 07-32335

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DANIEL W. GIROD
1515 S. KUTHER ROAD
SIDNEY, OH 45365

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH 45432

(171.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH 45402

(169.1n)
DEPARTMENT OF TAXATION
SUSAN K CLIFFEL
9334 UNION CENTRE BLVD STE 200
WEST CHESTER, OH 45069

(157.1n)
GREGORY A STOUT
1014 VINE ST
SUITE 2320
CINCINNATI, OH 45202

(170.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH 43216

(161.1)
ORTHOPEDIC ASSOC OF SHELBY CO
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH 45439

(172.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA 23541

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner                sv

0732335_42_20110923_1225_278/T317_sv
###